No. 465, Misc. GONZALES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Thomas Kallay,* Deputy Attorney General, for respondent.

No. 498, Misc. COPAS v. BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied. *Robert H. Friebert* for petitioner. *Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz* and *William F. Eich,* Assistant Attorneys General, for respondent.

No. 599, Misc. SCHWARTZ v. VICTORY CONTAINER CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Maximilian Bader* and *I. Walton Bader* for petitioner.

No. 660, Misc. MEEKS v. FITZHARRIS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *George R. Nock,* Deputy Attorney General, for respondent.

No. 717, Misc. CHILD v. MAINE ET AL. Sup. Jud. Ct. Me. Certiorari denied. *James S. Erwin,* Attorney General of Maine, and *John W. Benoit, Jr.,* Assistant Attorney General, for respondents.

No. 749, Misc. BROW v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 729, Misc. EVANS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.